IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| DANNY BENNETT, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>GEORGIA DEPARTMENT OF )<br>CORRECTIONS - OFFICE OF )<br>PROFESSIONAL STANDERS; AUGUSTA )<br>STATE MED. PRISON; and )<br>BLACK PANTER, )<br>)<br>  Defendants. ) | CV 124-202 |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections no have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action. Any claims Plaintiff has concerning his conditions of confinement at Macon State Prison in Oglethorpe, Georgia, must be filed in the Middle District of Georgia.

SO ORDERED this __21st__ day of January, 2025, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA